# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

2008 MAY 29  AM 10: 17

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Julio Scott | ) Case No: CR400-00045-002 |
| | ) USM No: 10368-021 |
| Date of Previous Judgment: November 8, 2000 | ) Michael G. Hostilo and Jennifer Reide Harris |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorneys |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED.   [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 120 to 135 months | Amended Guideline Range: | 120 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
The defendant's motion has been denied because the minimum of his new advisory guideline range is still 120 months based on the statutorily- required minimum sentence of ten years. The Court based its original downward departure on a minimum term of 120 months and that minimum term has not been lowered based on the retroactive amendment.

Except as provided above, all provisions of the judgment dated November 8, 2000, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 29, 2008

_____
Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)                    Printed name and title